Spencer v Siddiqui (2023 NY Slip Op 04837)

Spencer v Siddiqui

2023 NY Slip Op 04837

Decided on September 29, 2023

Appellate Division, Fourth Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided on September 29, 2023
SUPREME COURT OF THE STATE OF NEW YORK
Appellate Division, Fourth Judicial Department

PRESENT: WHALEN, P.J., SMITH, LINDLEY, CURRAN, AND BANNISTER, JJ.

252/22 CA 21-00883

[*1]TAMMY SPENCER, PLAINTIFF-RESPONDENT,
v
ADNAN SIDDIQUI, UNIVERSITY AT BUFFALO NEUROSURGERY, INC., DEFENDANTS-APPELLANTS, ET AL., DEFENDANT. 

CONNORS LLP, BUFFALO (LAWLOR F. QUINLAN, III, OF COUNSEL), FOR DEFENDANTS-APPELLANTS. 
SILBERSTEIN, AWAD & MIKLOS, P.C., GARDEN CITY (VERONICA K. SEWNARINE OF COUNSEL), FOR PLAINTIFF-RESPONDENT.

 Appeal from an order of the Supreme Court, Erie County (Frederick J. Marshall, J.), entered May 20, 2021. The order denied in part the motion of defendants Adnan Siddiqui and University at Buffalo Neurosurgery, Inc. for summary judgment. 
Now, upon reading and filing the stipulation of discontinuance signed by the attorneys for the parties on August 28, 2023,
It is hereby ORDERED that said appeal is unanimously dismissed without costs upon stipulation.
Entered: September 29, 2023
Ann Dillon Flynn
Clerk of the Court